IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-00156-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MACY WALKER MCLEAN,<br>　　　　　　　　Defendant, | )　　**ORDER**<br>)<br>) |
| and | )<br>) |
| THE WALKER GROUP OF NC, LLC,<br>　　　　　　　　Garnishee. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. No. 458) filed on November 27, 2024. For the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**. The Writ of Continuing Garnishment (Doc. No. 453) filed on October 21, 2022, is **DISMISSED**.

**SO ORDERED**.

Signed: November 27, 2024

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge

1